# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**99**

**CAF 14-01547**

PRESENT: WHALEN, P.J., SMITH, CENTRA, CARNI, AND SCUDDER, JJ.

---

IN THE MATTER OF ISOBELLA A. AND CAMERON K.
------------------------------------------------
CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

                            MEMORANDUM AND ORDER

ANNA W., RESPONDENT-APPELLANT.
------------------------------------------------
IN THE MATTER OF ANNA W., PETITIONER-APPELLANT,

                V

JOSEPH K., RESPONDENT-RESPONDENT.
(APPEAL NO. 2.)

---

ERICKSON WEBB SCOLTON & HAJDU, LAKEWOOD (LYLE T. HAJDU OF COUNSEL),
FOR RESPONDENT-APPELLANT AND PETITIONER-APPELLANT.

EMILY A. VELLA, SPRINGVILLE, FOR RESPONDENT-RESPONDENT.

MARY ANNE CONNELL, ATTORNEY FOR THE CHILDREN, BUFFALO.

---

    Appeal from an order of the Family Court, Cattaraugus County
(Michael L. Nenno, J.), entered June 26, 2014 in proceedings pursuant
to Family Court Act article 10 and article 6.  The order, among other
things, awarded custody of Cameron K. to respondent Joseph K.

    It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

    Same memorandum as in *Matter of Isobella A.* ([appeal No. 1] ___
AD3d ___ [Feb. 5, 2016]).

Entered:  February 5, 2016               Frances E. Cafarell
                                         Clerk of the Court